Submitted April 19, reversed May 25, 2016

In the Matter of J. E. C.,
a Person Alleged to have a Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

J. E. C.,
*Appellant.*

Multnomah County Circuit Court
131172489; A158607

379 P3d 812

Jed Peterson and O'Connor Weber LLP filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Paul L. Smith, Deputy Solicitor General, and Judy C. Lucas, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Tookey, Judge, and DeHoog, Judge.

## PER CURIAM

Appellant in this mental commitment case appeals a judgment committing him to the custody of the Mental Health Division for a period not to exceed 180 days. ORS 426.130. On appeal, appellant contends that the trial court erred in concluding that, as a result of a mental disorder, he is unable to provide for his basic personal needs. *See* ORS 426.005(1)(f). The state concedes that the record does not contain legally sufficient evidence to support the involuntary commitment and that the trial court's judgment should be reversed. We agree and accept the state's concession.

Reversed.